IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HERIBERTO APONTE-VEGA,
    Plaintiff,

v.

NANCY A. BERRYHILL,[1]
Acting Commissioner of Social Security,
    Defendant.

CIVIL ACTION

NO. 15-2986

**ORDER**

**AND NOW**, this 10th day of July, 2017, upon careful and independent consideration of the administrative record, the brief in support of review filed by Plaintiff, Defendant's response, and Plaintiff's reply brief (Doc. Nos. 10, 11, & 12), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The decision of the Commissioner is **VACATED** and Plaintiff's Request for Review is **GRANTED**;

3. The matter be **REMANDED** to the Commissioner for further proceedings consistent with this Report; and

3. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

R. BARCLAY SURRICK, J.

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Berryman should be substituted for the former Acting Commissioner, Carolyn Colvin, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).